# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156198(98)(99)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ALPHONSO L. STRAUGHTER, JR.,
     Defendant-Appellee.

SC: 156198
COA: 328956
Wayne CC: 15-000755-FC

_____/

On order of the Chief Justice, the motion of James Dayson to file a brief amicus curiae in support of the defendant-appellee is DENIED because it fails to address the issues identified by the Court in its December 27, 2017 order directing oral argument on the application. The motion to extend the time for filing such brief is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk